U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 19 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*************************************
MINNIE PEARL McBRIDE o/b/o T.R.,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
*************************************

Civil Action No. 07-119
(LEK/GHL)

**CONSENT ORDER TO
REMAND PURSUANT TO
SENTENCE 4 OF
42 U.S.C. § 405(g)**

      This matter having been opened to the Court by GLENN T. SUDDABY, United States Attorney for the Northern District of New York, and Karen G. Fiszer, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

      IT IS on this _____ day of _____, 2008;

      ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

      ORDERED that the within matter, be and hereby is, DISMISSED in accordance with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
HON GEORGE H. LOWE, U.S. Magistrate Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

                                                    GLENN T. SUDDABY
                                                    United States Attorney

Date: 2/11/08                By: _____
                                                    Karen G. Fiszer
                                                      Special Assistant U.S. Attorney
                                                      Bar No. 513954

                                                    Olinsky & Shurtliff, LLP

Date:                              By: _____
                                                      Jaya A. Shurtliff
                                                      Attorney for Plaintiff
                                                      Bar No. 511422

                                                      300 South State Street, 5th floor
                                                      Syracuse, NY 13202
                                                      (315) 343-9112